# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN CROSS

NO. 2019 KW 0417

**JUL 2 2 2019**

In Re:   Jonathan Cross, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-16-0689.

BEFORE:   **McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

    **WRIT DENIED AS MOOT.**   The records of the East Baton Rouge Parish Clerk's Office show that relator pled guilty on June 17, 2019.   Thus, this request for mandamus relief regarding a pretrial motion is moot.

                       **PMc**
                       **TMH**
                       **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT